## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

1-800 Bathtub LLC, *et al.*,

|                    |                    |
|--------------------|--------------------|
| Plaintiffs,        | Case No. 20-10970  |
| v.                 | Judith E. Levy     |
|                    | United States District Judge |
| Windstream Communications LLC, *et al.*, | Mag. Judge Anthony P. Patti |
| Defendants,        |                    |
| And                |                    |
| Rebath LLC,        |                    |
| Intervenor.        |                    |

_____/

## ORDER REQUIRING JOINT STATUS REPORT

Before the Court is the parties' July 1, 2022 joint status report (ECF No. 33) submitted pursuant to the February 7, 2022 order requiring the filing of such a report to apprise the Court of any developments in the related state court case and continuing to hold this matter in abeyance. (ECF No. 32.) In the joint status report, the parties indicate that the related state court case remains subject to cross-appeals at the Michigan Court of Appeals. (ECF No. 33, PageID.590–591.) The parties request

that the abeyance period for this matter continue and suggest the Court direct them to file another joint status report by January 6, 2023. (*Id.* at PageID.591.) The Court agrees.

Accordingly, the parties will submit a joint status report regarding the same topics set forth in the Court's July 30, 2021 order (ECF No. 30) no later than **January 6, 2023**. Additionally, the parties are to promptly update the Court of any changes that might affect the decision to maintain this case in abeyance in the interim before this deadline.

IT IS SO ORDERED.

Dated: July 5, 2022                   s/Judith E. Levy
Ann Arbor, Michigan              JUDITH E. LEVY
                                             United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 5, 2022.

s/L. Bartlett for William Barkholz
WILLIAM BARKHOLZ
Case Manager

2